FILED

SEP 19

CLERK, U.S. DIS...
...

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

MICHAEL J.G. SAUNDERS,           )
                                 )
          Plaintiff,             )
                                 )
v.                               )          Civil Action No. 3:10CV258–HEH
                                 )
RIVERSIDE REGIONAL JAIL, *et al.*, )
                                 )
          Defendants.            )

**FINAL ORDER**
**(Dismissing § 1983 Action)**

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that the Amended Complaint and the action are DISMISSED, and the Clerk

is DIRECTED to note the disposition of the action for the purposes of 28 U.S.C.

§ 1915(g).

Plaintiff may appeal the decision of the Court. Failure to file written notice of

appeal within thirty (30) days of the date of entry hereof may result in the loss of the right

to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order

to Plaintiff.

It is so ORDERED.

＿＿＿＿＿＿＿＿＿ /s/ ＿＿＿＿＿＿＿＿＿
Henry E. Hudson
United States District Judge

Date: Sept 16, 2011
Richmond, Virginia