IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL J.G. SAUNDERS, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:10CV258–HEH
)
RIVERSIDE REGIONAL JAIL, *et al.*, )
)
Defendants. )

## FINAL ORDER
(Dismissing § 1983 Action)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that the Amended Complaint and the action are DISMISSED, and the Clerk is DIRECTED to note the disposition of the action for the purposes of 28 U.S.C. § 1915(g).

Plaintiff may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiff.

It is so ORDERED.

                                              /s/
                                Henry E. Hudson
                                United States District Judge

Date: Sept 16, 2011
Richmond, Virginia